# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| RICHARD CADER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>COLUMBIA & COWLITZ RAILWAY COMPANY, a Washington Corporation; and WEYERHAEUSER COMPANY, a Washington Corporation.<br><br>　　　　Defendants. | Case No. C08-5771FDB<br><br>**ORDER EXTENDING PRE-TRIAL SCHEDULING DEADLINES** |

　　　　Based upon the foregoing Stipulation, IT IS HEREBY ORDERED that the following deadlines are extended:

- Disclosure of expert witnesses and their reports extended to 12/4/09;
- Disclosure of rebuttal expert witnesses and their reports extended to 1/4/2010;
- Objection to the opposition's experts extended to 2/3/2010;
- Discovery completion and the filing of amended pleadings extended to 2/15/2010;
- The filing of the 39.1 Settlement Report extended to 2/23/10; and

[PROPOSED] ORDER EXTENDING PRE-TRIAL SCHEDULING DEADLINES - Page 1 of 3

**ROSSI COX VUCINOVICH FLASKAMP PC**
10900 NE 8th Street, Suite 1122
Bellevue, Washington 98004-4456
(425) 646-8003/ Fax (425) 646-8004

- All remaining motions, including DISPOSITIVE MOTIONS, shall be filed by 3/12/2010.

Dated this 28th day of August, 2009.

It is so ordered.

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER EXTENDING PRE-TRIAL SCHEDULING DEADLINES - Page 2 of 3

**ROSSI COX VUCINOVICH FLASKAMP PC**
10900 NE 8th Street, Suite 1122
Bellevue, Washington 98004-4456
(425) 646-8003/ Fax (425) 646-8004

# CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of August, 2009, I electronically filed the foregoing **[PROPOSED] ORDER EXTENDING PRE-TRIAL SCHEDULING DEADLINES** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following individual(s) listed below:

Tim D. Wackerbarth
Joseph P. Corr
1420 5th Ave., Suite 4100
Seattle, WA 98101
Email: wackerbartht@lanepowell.com
Email: corrj@lanepowell.com
ATTORNEYS FOR DEFENDANTS

Dated: August 28, 2009      **ROSSI COX VUCINOVICH FLASKAMP PC**

By: s/Bahareh Samanian
Bahareh Samanian, WSBA #33165
Rossi Cox Vucinovich Flaskamp, PC
10900 NE 8th St., Ste. 1122
Bellevue, WA 98004
Telephone: 425-646-8003
Fax: 425-646-8004
E-mail: bsamanian@rcvpc.com
ATTORNEYS FOR PLAINTIFF

[PROPOSED] ORDER EXTENDING PRE-TRIAL SCHEDULING DEADLINES - Page 3 of 3

**ROSSI COX VUCINOVICH FLASKAMP PC**
10900 NE 8th Street, Suite 1122
Bellevue, Washington 98004-4456
(425) 646-8003/ Fax (425) 646-8004