UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RICHARD CADER,<br><br>        Plaintiff,<br><br>vs<br><br>COLUMBIA & COWLITZ RAILWAY COMPANY, WEYERHAEUSER COMPANY,<br><br>        Defendant. | CV08-5771FDB<br><br>MINUTE ORDER |

NOW, on this 1st[th] Day of December, 2009, the Court directs the Clerk to enter the following Minute Order:

Based upon the Stipulation [Dkt. No.18) of parties, the deadline for Disclosure

of Expert Witnesses and their reports is extended from December 4, 2009

to December 18, 2009.

.

The foregoing Minute Order entered at the direction of the Honorable Franklin D. Burgess, United States District Judge.

.

                                                **/s/ Pat LeFrois**
                                                Pat LeFrois
                                                Courtroom Deputy